

SEND

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| MGA Entertainment Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV05-02727-NM(RNBx) |
| v. | |
| Mattel, Inc., | **NOTICE TO PARTIES OF ADR PILOT PROGRAM - TRANSFERRED CASE** |
| DEFENDANT(S). | |

Dear Counsel,

The district judge to whom the above-referenced case has been transferred is participating in an ADR Pilot Program. To assist the court in evaluating whether this case is suitable for the program, all counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removed case) is directed to file the Questionnaire with the court no later than:

☒ five days before the Federal Rule of Civil Procedure 26(f) meeting of parties or

☐ within ten days of this notice.

Clerk, U.S. District Court

Dated: 5/3/05

By: _____
Deputy Clerk





cc: *Attorney Settlement Officer Panel Coordinator*

ADR-10 (05/03)  NOTICE TO PARTIES OF ADR PILOT PROGRAM - TRANSFERRED CASE