UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 05-02727-NM(RNBx)            DATE  5/3/05

TITLE: MGA Entertainment Inc. -v- Mattel Inc.

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently transferred to this Court. The correct number for this case is now CV 05-02727-NM(RNBx). All subsequent documents filed with the court must reflect this case number. All filings shall be in Times Roman 14 font, in conformance with the Local Rules. Judge Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los Angeles, Ca. A copy of this Court's Standing Order is enclosed.

DOCKETED ON CM
MAY 3 - 2005
BY

cc: Counsel of Record Civil-Gen Minutes Form 11      Initials of Deputy Clerk