__ Priority
✓ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. CV 05-02727-NM(RNBx)        DATE: 5/16/05

TITLE: MGA Entertainment Inc. -v- Mattel Inc.

PRESENT:        HON. NORA M. MANELLA, JUDGE

Judith Hurley            N/A
Deputy Clerk             Court Reporter

ATTORNEY FOR PLAINTIFF        ATTORNEY FOR DEFENDANT

N/A                             N/A

PROCEEDINGS: IN CHAMBERS

   Counsel are notified that a Scheduling Conference is set for 9/12/05, at 9:00 a.m. Counsel are reminded that their joint status report in conformance with Rule 26(f) & this Court's requirements, in the Standing Order, is to be filed no later than 8/22/05. This case is part of the ADR Pilot Program. Counsel of record must confer & jointly complete the ADR Pilot Program Questionnaire, which was provided to plaintiff's counsel (or defense counsel if removal) at the time of filing. Counsel are directed to file the Questionnaire concurrently with their joint status report.

cc: Counsel
CIVIL MINUTES 11



Initials of Deputy Clerk

DOCKETED ON CM
MAY 16 2005