UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CASE NO. CV05-02727-NM(RNBx)     DATE 5/16/05

TITLE: MGA Entertainment Inc. -v- Mattel Inc.

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for defendant's motion to dismiss & strike portions of the complaint & for judicial notice: opposition to be filed no later than 6/3/05; reply if any to be filed no later than 6/17/05. The motion remains set for hearing on 8/8/05, at 10 am.

cc: Counsel

DOCKETED ON CM
MAY 18 2005
BY _____ 010

MINUTES FORM 11

CIVIL-GEN

Initials of Deputy Clerk Jh