UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. CV04-09059-NM(RNBx)
CV05-02727-NM(RNBx)   DATE: 5/20/05

TITLE: Mattel Inc. -v- Carter Bryant, et al
MGA Entertainment Inc. -v- Mattel, Inc.

PRESENT:   HON. NORA M. MANELLA, JUDGE

Judith Hurley         N/A
Deputy Clerk          Court Reporter

ATTORNEY FOR PLAINTIFF        ATTORNEY FOR DEFENDANT

N/A                           N/A

PROCEEDINGS: IN CHAMBERS

Now that the Ninth Circuit has granted Mattel's petition for permission to file an interlocutory appeal, all discovery in these actions is stayed pending the determination of the appeal. The stay of discovery also applies to pending & prospective discovery motions.

cc: Counsel
CIVIL MINUTES 11

Initials of Deputy Clerk