UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CASE NO. CV05-02727-NM(RNBx)            DATE: 8/4/05

TITLE: MGA Entertainment Inc. -v- Mattel Inc.

PRESENT:        HON. NORA M. MANELLA, JUDGE

Judith Hurley            N/A
Deputy Clerk             Court Reporter

ATTORNEY FOR PLAINTIFF       ATTORNEY FOR DEFENDANT

N/A                          N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the Court will issue a ruling on defendant's motion to dismiss & strike portions of the complaint & request for judicial notice without oral argument. The motion is taken off the 8/8/05 calendar. The matter stands submitted.

cc: Counsel
CIVIL MINUTES 11



DOCKETED ON CM
AUG - 5 2005
BY

Initials of Deputy Clerk

010