UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

__ Priority
__ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

CASE NO. CV 05-02727-NM(RNBx)  DATE: 8/17/05

TITLE: MGA Entertainment Inc. -v- Mattel Inc.

PRESENT: HON. NORA M. MANELLA, JUDGE

Judith Hurley         N/A
Deputy Clerk          Court Reporter

ATTORNEY FOR PLAINTIFF      ATTORNEY FOR DEFENDANT

N/A                         N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that as a result of the discovery in this matter being stayed pending the outcome of the interlocutory appeal in case CV04-09059-NM(RNBx), the Scheduling Conference set for 9/12/05 is taken off calendar. No later than 1 week after being notified of the ruling by the Court of Appeals counsel shall notify this Court of said ruling. After receipt of the ruling by the Court of Appeals the Scheduling Conference will be re-set.

cc: Counsel
CIVIL MINUTES 11



Initials of Deputy Clerk

DOCKETED ON CM
AUG 18 2005
BY _____ 010