

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MGA Entertainment, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV05-02727-NM(RNBx) |
| v. | |
| Mattel Inc., et al, | **NOTICE TO PARTIES OF ADR PILOT PROGRAM - VACATING REFERRAL** |
| DEFENDANT(S). | |

TO: ALL PARTIES OF RECORD

Reference of the above-captioned case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.

Clerk, U.S. District Court

Dated: 4/3/06

By: _Judith Hurley_
Deputy Clerk



cc: *Attorney Settlement Officer Panel Coordinator*

ADR-14 (01/04)  NOTICE TO PARTIES OF ADR PILOT PROGRAM - VACATING REFERRAL