SEND

FILED
CLERK, U.S. DISTRICT COURT

APR 6 2006

CENTRAL DISTRICT OF CALIFORNIA
BY *Melissa Lay* DEPUTY



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar )
)
of )
)
Judge STEPHEN G. LARSON )
)

ORDER OF THE CHIEF JUDGE

CV 05-2727 NM(RNBx)

**06-007**

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Stephen G. Larson,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Nora M. Manella to the calendar of Judge Stephen G. Larson:

| CV | 95 | 6601 | NM | Curtis Fauber v. John Stokes, Acting Warden |
| CV | 96 | 7429 | NM | Ricardo Rene Sander v. Arthur Calderon |
| CV | 98 | 720 | NM(JWJx) | Saroyan Lumber Co. v. El & El Wood Product, et al |
| CV | 98 | 10442 | NM(CW) | Mitchell, et al v. Los Angeles County, et al |
| CV | 01 | 1555 | NM(CTx) | Electro Source LLC v. Pelican Products Inc. |
| CV | 02 | 172 | NM(PJWx) | Old United Casualty v. Sause Bros. Ocean, et al |
| CV | 02 | 1333 | NM(CW) | Robert L. Mitchell v. Gail Lewis |
| CV | 02 | 1924 | NM(AJWx) | Sonora Publishing v. AA & O Enterprises, et al |
| CV | 03 | 686 | NM(Ex) | David Sams Ind., Inc. v. Verisign Inc., et al |
| CV | 03 | 852 | NM(AJW) | Lawrence Conway v. D.L. Runnell |
| CV | 03 | 2944 | NM(MAN) | Juan M. Cervantes, Jr. v. Bill Lockyer |
| CV | 03 | 3108 | NM(CTx) | Sun Coast Mdse. Corp. v. Armament Systems, et al |
| CV | 03 | 3175 | NM(FMOx) | Sekuk Global Ent., et al v. Avery Dennison Corp., et al |
| CV | 03 | 3379 | NM(FMOx) | Mark Robertson v. Avery Dennison Corp.,e t al |
| CV | 03 | 4212 | NM(SS) | Thabita Salim Wilson v. A.K. Scribner |
| CV | 03 | 5476 | NM(E) | Ray E. Farris v. James Hall |
| CV | 03 | 6443 | NM(CWX) | Cynthia Harris, et al v. Fannie Mae Foundation., et al |
| CV | 03 | 7063 | NM(SHx) | Raymond Ferrari v. Joseph P. Gisch, et al |
| CV | 03 | 8051 | NM(SHx) | Nikko Co. Ltd. v. Larex USA Inc., et al |
| CV | 03 | 8449 | NM(CW) | Arnold Y. Gallardo v. F.I. Fletcher, et al |

③1

ENTERED ON CM 4/7/06

Order of the Chief Judge
In re: Calendar of Judge Manella
Transfers to Judge Larson

Page 2

| CV | 03 | 9092 | NM(Mcx) | Joseph K. Johnson v. Tribec Developers, et al |
|----|----|------|---------|-----------------------------------------------|
| CV | 04 | 36 | NM(RNBx) | United States of America v. $237,785.00 in US Currency |
| CV | 04 | 691 | NM(MAN) | Raanan Cook v. G.J. Giurbino |
| CV | 04 | 2874 | NM(MAN) | Deon Whitmore v. W.J. Sullivan, et al |
| CV | 04 | 2875 | NM(MAN) | Antoine Williams v. W.J. Sullivan, et al |
| CV | 04 | 3620 | NM(CWx) | Floyd Gaugh IV, et al v. Troy Nowell, et al |
| CV | 04 | 4178 | NM(FMO) | Henry L. Graves v. Anthony Kane |
| CV | 04 | 4426 | NM(PJWx) | Seal 1, et al v. Seal A |
| CV | 04 | 4431 | NM(Ex) | Federal Trade Commission v. Smart Inventions Inc., et al |
| CV | 04 | 4474 | NM(SS) | Alejandro Bueso v. Johnson, et al |
| CV | 04 | 6575 | NM(RZx) | Alwazzan (USA) Inc., et al v. Tom Ridge, et al |
| CV | 04 | 7375 | NM(VBKx) | Spirit Productions Inc., et al v. Elektra/Asylum Records Inc. |
| CV | 04 | 7481 | NM(RZ) | James P. Jensen v. George Stratton |
| CV | 04 | 8173 | NM(RNBx) | Damon Stout v. Coca-Cola Co., et al |
| CV | 04 | 8444 | NM(CTx) | Dawn Robertson v. Novastar Mortgage Inc., et al |
| CV | 04 | 8604 | NM(Mcx) | David Grober v. Mako Products Inc., et al |
| CV | 04 | 8686 | NM(CTx) | Teresita R. Tipon v. Don Neufeld, et al |
| CV | 04 | 8834 | NM(AJW) | Salvador M. Ornelas v. G.J. Giurbino |
| CV | 04 | 9049 | NM(RNBx) | Carter Bryant v. Mattel Inc. |
| CV | 04 | 9059 | NM(RNBx) | Mattel Inc. v. Bryant, et al |
| CV | 04 | 9178 | NM(SHx) | Les Jankey, et al v. Moons Market, et al |
| CV | 04 | 9249 | NM(SSx) | Sun Life Assurance Co. of Canada (US) v. Victoria Rosenthal |
| CV | 04 | 9487 | NM | In re Harold Peter Kavoussi |
| CV | 04 | 9632 | NM(MANx) | First Team Real Estate-Orange Co. v. Sed and Sed Inc., et al |
| CV | 04 | 10040 | NM(PLAx) | Marshall Gobuty Int'l USA, Inc. v. Nike Inc. |
| CV | 04 | 10372 | NM(CTx) | Armament Systems and Procedures, et al v. Shell Oil |
| CV | 05 | 96 | NM(CW) | Robert Spargo v. U.S. Parole Commission |
| CV | 05 | 252 | NM(AN) | Albert P. Wilson v. John C. Marshall |
| CV | 05 | 412 | NM(PLA) | LaFonce Eugene Walker v. J. Lara, et alo |
| CV | 05 | 623 | NM(JTLx) | Jeffrey Jenkins v. Daniel Murphy Catholic High School, et al |
| CV | 05 | 922 | NM(SHx) | Sheree Martin v. GTS Property Santa Ana Inc., et al |
| CV | 05 | 1149 | NM(RZx) | Santa Barbara Channelkeeper v. Santa Barbara Polo Club, et al |
| CV | 05 | 1162 | NM(AJWx) | Sonora Publishing v. AA & O Enterprises, et al |
| CV | 05 | 1277 | NM(PLAx) | Sunset Health Products Inc. v. Hi-Health Supermart Corp., et al |
| CV | 05 | 1399 | NM(AJWx) | Conversive Inc. v. Conversagent Inc. |
| CV | 05 | 1834 | NM(Mcx) | Robert Rockhold v. L.A. Unified School District, et al |
| CV | 05 | 2324 | NM(CW) | Rodney Bey, etc. v. Scott Kernan |
| CV | 05 | 2340 | NM(PLAx) | James R. Reach, et al v. Greg Bell, et al |
| CV | 05 | 2375 | NM(Mcx) | Kevin R. Alsop, et al v. Pro-Street Frameworks LLC, et al |

Order of the Chief Judge
In re: Calendar of Judge Manella
    Transfers to Judge Larson

Page 3

| | | | |
|---|---|---|---|
| CV | 05 2503 | NM(MANx) | Pomwonderful LLC v. Naked Juice Co. of Glendora Inc., et al |
| CV | 05 2591 | NM(MANx) | Air Cond., Refrig., Mech. Contractors Assoc. of So. California v. So. California Pipe Trades Dist. Council No. 16, etc. |
| CV | 05 2601 | NM(JTLx) | Patrick Bowley, Sr. v. Dwight M. Bolden |
| CV | 05 2727 | NM(RNBx) | MGA Entertainment Inc. v. Mattel Inc., et al |
| CV | 05 2996 | NM(JC) | David Hernandez v. Wm. Sullivan |
| CV | 05 3341 | NM(FMOx) | Maxum Indemnity Ins. Co. v. A-1 All American Roofing Co. |
| CV | 05 3548 | NM(SHx) | Western Filter Corp. v. Argan Inc., et al |
| CV | 05 3708 | NM(FMOx) | Ronald Dancer v. Avery Dennison Corp., et al |
| CV | 05 3932 | NM(FMOx) | Samwell Aviation Ltd. v. Omnia Sales Inc. |
| CV | 05 3935 | NM(CW) | Michael Wedermyer v. James A. Yates |
| CV | 05 3990 | NM(CWx) | AT & T Corp. v. BZ-One Telecom Inc. |
| CV | 05 4190 | NM(CWx) | Sheila Reynolds v. Los Angeles Unified School Dist., et al |
| CV | 05 4610 | NM(PLAx) | United National Ins. Co. v. Spectrum Worldwide Inc., et al |
| CV | 05 4644 | NM(JTLx) | So. California Housing Rights Center v. Edna Snow, et al |
| CV | 05 4787 | NM(JTLx) | U.S. Equal Employment Opportunity Comm. v. Rock-N-Rol LLC |
| CV | 05 4933 | NM(CWx) | United States of America v. AJ Produce Inc., et al |
| CV | 05 5172 | NM(PLAx) | Pacific West Group Inc. v. Real Time Solutions Inc., et al |
| CV | 05 5277 | NM(CW) | Russell W. Pierce v. Mendoza Powers |
| CV | 05 5307 | NM(CTx) | Ricky R. Smith v. R. James Nicholson |
| CV | 05 5391 | NM(JC) | Harry C. Goodall, Jr. v. D.L. Runnels, et al |
| CV | 05 5447 | NM(JWJ) | Johnnie Gray, Jr. v. Teresa Schwartz |
| CV | 05 5491 | NM(JTLx) | Paul N. Taylor v. Capital One Financial Corp., et al |
| CV | 05 5561 | NM(PLAx) | Sobini Films, et al v. Tristar Pictures Inc., et al |
| CV | 05 5656 | NM(FMOx) | Rosemarie Dowers v. Metropolitan Life Ins. Co., et al |
| CV | 05 5838 | NM(AJWx) | Abel Orozco, et al v. Faustino Lopez Ayala, et al |
| CV | 05 6168 | NM(RZx) | True Religion Apparel Inc. v. Pete Patel, et al |
| CV | 05 6453 | NM(CWx) | United States of America v. Thomas G. Confar, et al |
| CV | 05 6646 | NM(CW) | Shawn Bannister v. Board of Prison Terms, et al |
| CV | 05 6680 | NM(CWx) | United States of America v. John G. Nackel, et al |
| CV | 05 6751 | NM(RCx) | Converse Professional Group Inc., et al v. Federal Ins. Co. |
| CV | 05 6852 | NM(SSx) | Nicola Spirtos, et al v. Michael Seeley, et al |
| CV | 05 6934 | NM(MANx) | Backyard Ventures LP v. Creative Play Ents., Inc., et al |
| CV | 05 6937 | NM(OP) | Kenneth Pearson v. Madelene A. Muntz |
| CV | 05 7228 | NM(PLA) | Gary Maurice Townes v. Robert J. Hernandez |
| CV | 05 7333 | NM(AJWx) | Warner Bros. Entertainment Inc. v. John Does |
| CV | 05 7428 | NM(SHx) | Holly Vanderhoef v. Continental Airlines, et al |

Order of the Chief Judge
In re: Calendar of Judge Manella
    Transfers to Judge Larson

Page 4

| | | | | |
|---|---|---|---|---|
| CV | 05 | 7587 | NM(PJWx) | Vander Music Inc. v. Garmex Records, et al. |
| CV | 05 | 7607 | NM(JWJx) | Carl Schneider, et al v. AVP, Inc., et al |
| CV | 05 | 7889 | NM(JTLx) | Native American Arts Inc. v. Specialty Merchandise Corp., et al |
| CV | 05 | 7960 | NM(VBK) | Ricky Glen Caldwell v. Scott Kernan |
| CV | 05 | 7987 | NM(RCx) | United States of America v. $79,851.95 in US Currency |
| CV | 05 | 8067 | NM(MANx) | Dawn Bowen v. Whirlpool Corp., et al |
| CV | 05 | 8105 | NM(CWx) | Earliene L. Kelley v. Safeway Inc., et al |
| CV | 05 | 8250 | NM(VBK) | Johnny Lee Ray v. A.P. Kane |
| CV | 05 | 8317 | NM(FMOx) | Josephine Despart v. Life Ins. Co. of North America, et al |
| CV | 05 | 8330 | NM(CWx) | United States of America v. Kenneth N. Gullekson |
| CV | 05 | 8510 | NM(AJWx) | Hugfun Int'l, Inc. v. Chrisha Creations Ltd., et al |
| CV | 05 | 8552 | NM(JTLx) | Seychelles Imports LLC v. Juicy Couture Inc. |
| CV | 05 | 8588 | NM(PJWx) | Psychodelic Mystic Inc., et al v. Alberto R. Gonzales, et al |
| CV | 05 | 8595 | NM(VBKx) | Windstone Editions Inc. v. R and I Trading Inc., et al |
| CV | 05 | 8634 | NM(RZx) | Laurel Peyton v. Sec'y of Health and Human Services |
| CV | 05 | 8716 | NM(FFM) | Michael Zimmerman v. George M. Galaza, et al |
| CV | 05 | 8731 | NM(E) | Donovan L. Haley v. Los Angeles County, et al |
| CV | 05 | 8750 | NM(CTx) | Lakeshore Equipment Co. v. Be Amazing Toys, et al |
| CV | 05 | 8757 | NM(RZx) | Jade Strich v. Solstice Capital Group Inc.,e t al |
| CV | 05 | 8790 | NM(PLAx) | Judith Hatfield v. Halifax PLC, et al |
| CV | 05 | 8868 | NM(JWJx) | Playmates Toys Inc. v. Hong Kong City Toys Factory Ltd. |
| CV | 05 | 8881 | NM(AJWx) | YTY Industry SDN BHD v, Dow Chemical Co., et al |
| CV | 05 | 8993 | NM(MANx) | Pomwonderful LLC v. Naked Juice Co. of Glendora Inc., et al |
| CV | 05 | 9014 | NM(JTLx) | Philip Morris USA Inc. v. Yiu Fan Wong, et al |
| CV | 05 | 9028 | NM(CTx) | Tam Produce Inc., et al v. Salvador Sanchez |
| CV | 06 | 170 | NM(FMOx) | Mortgagetree Lending v. Scott Dority, et al |
| CV | 06 | 246 | NM(PJWx) | Old United Casualty Co. v. Sause Bros Ocean Towing Co. Inc. |
| CV | 06 | 303 | NM(PLAx) | Christina King v. Primerica Life Ins. Co., et al |
| CV | 06 | 334 | NM | In re Harold Peter Kavoussi and Azita Kavoussi |
| CV | 06 | 357 | NM(JWJx) | Dastar Corp. v. Madacy Entertainment Group Inc., et al |
| CV | 06 | 359 | NM(JWJx) | Dastar Corp. V. Treeline Films Ltd., et al |
| CV | 06 | 383 | NM(JWJx) | United States of America v. Real Property Located in Garden Grove, CA Ryan |
| CV | 06 | 399 | NM(AJWx) | Tatiana Blandina, et al v. Jane Arellano, et al |
| CV | 06 | 504 | NM(SSx) | Dina Hilario, et al v. Donald Neufeld, et al |
| CV | 06 | 652 | NM(OP) | Enrique Perez v. Derrick L. Ollison |
| CV | 06 | 654 | NM(SSx) | Transamerica Occidental Life Ins. Co. v. Bruinbilt LLC, et al |

Order of the Chief Judge
In re: Calendar of Judge Manella
   Transfers to Judge Larson

Page 5

| | | | | |
|---|---|---|---|---|
| CV | 06 | 780 | NM(VBKx) | Nex Int'l Transport Inc., et al v. Ivy Express Int'l Inc., et al |
| CV | 06 | 812 | NM(PLAx) | Jennieva Randall v. Alberto Gonzales |
| CV | 06 | 823 | NM(PLAx) | American Int'l Speciality Lines Ins. Co. v. Lance R. Freed, et al |
| CV | 06 | 952 | NM(RZx) | Bd. of Trustees of Sheet Metal Workers Pension Plan of So. CA, AZ, NV, et al v. Delta Sheet Metal and Air Conditioning Inc. |
| CV | 06 | 971 | NM(RZx) | Warner Bros. Records Inc., et al v. Naomi Flores |
| CV | 06 | 993 | NM(PJWx) | Blanco Gutierrez v. Starbucks Corp., et al |
| CV | 06 | 1005 | NM(OJWx) | Houck Construction Inc., et al v. Clarendon America Ins Co. |
| CV | 06 | 1013 | NM(RZx) | Pepsico Inc. v. Ernesto Palomar, et al |
| CV | 06 | 1018 | NM(PLAx) | Securities and Exchange Comm. v. Charls Johnson, et al |
| CV | 06 | 1284 | NM(RZx) | Louis Vuitton Malletier SA v. Oversee.net, et al |
| CV | 06 | 1289 | NM(RCx) | Tiffany Sy v. Nationwide Financial Services, Inc. |
| CV | 06 | 1438 | NM(PJWx) | Rangel Ins. Agency Inc. v. Low Cost Ins. Svcs. Inc., et al |
| CV | 06 | 1740 | NM(JWJx) | Cititoy Inc., et al v. Playmates Toys Inc. |
| ED | 03 | 154 | NM(MAN) | Larry McLaughlin v. Jim Hamlet |
| ED | 03 | 187 | NM(AJW) | Angel Cortina v. S. Garcia |
| ED | 03 | 255 | NM(OPx) | Peter Mendoza v. Johnson Controls World Service Inc., et al |
| ED | 03 | 1510 | NM(RZ) | Jason Latrell Thomas v. Joe McGrath, et al |
| ED | 04 | 1153 | NM(SGLx) | United States of America v. 2 Firearms and Ammunition |
| ED | 05 | 715 | NM(PLA) | Frank Thomas Lopez v. James Yates, et al |
| ED | 05 | 848 | NM(FMOx) | The Bd. of Trustees of Title Ins. Trust Fund v. Image Tile Inc. |
| ED | 05 | 1047 | NM(RC) | Charles McCarns v. Madelene A. Muntz |
| ED | 05 | 1120 | NM(JWJ) | Randall Cummer v. M.S. Evans |
| ED | 06 | 162 | NM(PJW) | Shawn Thomas v. People of State of California |
| ED | 06 | 172 | NM(JTL) | Earl E. Simpson v. Atascadero State Hospital, et al |
| ED | 06 | 253 | NM | In re John C. Jeffers |
| ED | 06 | 254 | NM | In re John C. Jeffers |
| SA | 03 | 1227 | NM(MLG) | Kirkland O'Hara v. James Hall |
| SA | 05 | 82 | NM(PLA) | Eugene Lockett v. People of State of California, et al |
| SA | 05 | 764 | NM(PJW) | Art Romo v. People of State of California, et al |
| SA | 05 | 1281 | NM(MAN) | Paul Craig Stauffer v. P.L. Vasquez |
| SA | 06 | 98 | NM(MLG) | Phong Nguyen v. A.P. Kane |
| SA | 06 | 241 | NM | IN re USA Star Healthcare Group-East Los Angeles |
| SA | 06 | 255 | NM(RNB) | Jorge Jesus Gomez v. Scott Kernan |

Order of the Chief Judge
In re: Calendar of Judge Manella
    Transfers to Judge Larson

Page 6

DATED:  April 6, 2006

                                Chief Judge Alicemarie H. Stotler