**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV 05-02727 SGL(RNBx)          Date: April 18, 2006

Title:     MGA ENTERTAINMENT, INC. -v- MATTEL, INC.

===============================================================
PRESENT:      HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                         None present

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)
ORDER REQUIRING THE PARTIES TO FILE AN
UPDATED JOINT STATUS REPORT

     In light of the recent transfer of this case from the docket of Judge Nora M. Manella to the docket of Judge Stephen G. Larson, the parties are ordered to file a joint status report with the Court within ten (10) days of the entry of this Order.



MINUTES FORM 90
CIVIL -- GEN                   Page 1                   Initials of Deputy Clerk jh