UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 05-02727 SGL(RNBx)                              Date: May 16, 2006

Title:    MGA ENTERTAINMENT, INC. -v- MATTEL, INC.
===============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None present                            None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

This matter is before the Court on its own motion. The Court orders the parties to show cause why this action should not be consolidated for all purposes with the two related actions: <u>Bryant v. Mattel, Inc.</u>, CV 04-09049 SGL (RNBx); <u>Mattel, Inc. v. Bryant</u>, CV 04-09059 SGL (RNBx). The parties' briefs re consolidation must be filed no later than June 5, 2006. The Court will address the matter at the hearing on the motions set in the related cases on June 26, 2006.

The Court's stay order, entered May 20, 2005, is vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                      Initials of Deputy Clerk __jh__
CIVIL -- GEN                                1

**ORIGINAL**