**PRIORITY SEND &
ENTER JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 05-02727 SGL(RNBx)                                    Date: June 19, 2006

Title:   MGA ENTERTAINMENT, INC. -v- MATTEL, INC.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                None Present
    Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None present                             None present

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) RE CONSOLIDATION

    On May 16, 2006, this Court issued orders to show cause why the following three cases should not be consolidated: <u>Bryant v. Mattel, Inc.</u>, CV 04-09049; <u>Mattel, Inc. v. Bryant</u>, CV 04-09059; <u>MGA Entertainment, Inc. v. Mattel, Inc.</u>, CV 05-02727. All parties have responded, and the Court has reviewed those responses. Because the Court has determined that these actions involve a number of common issues of law and fact, the Court orders that these three cases be consolidated for all purposes.

    Mattel's request that the Court stay <u>MGA Entertainment, Inc. v. Mattel, Inc.</u>, CV 05-02727, pending the outcome of the other two cases. The Court denies this request.

    For ease of record keeping, the Court **ORDERS** that all further documents and proceedings occur under <u>Bryant v. Mattel</u>, 04-09049 SGL, and that Case Number CV 04-09059 and 05-02727 be **CLOSED** by the Clerk. Counsel are directed to file all further documents under Case Number CV 04-09049. <u>The first paragraph of any document filed with the Court shall inform the Court to which case(s) the document relates.</u>

    IT IS SO ORDERED.

MINUTES FORM 90
CIVIL -- GEN

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Priority ✓   Send ✓
Entered ___  Closed ___
JS-5/JS-6 ✓   JS-2/JS-3 ___
Scan Only ___  Docketed on CM ✓
___ THIS CONSTITUTES NOTICE OF
ENTRY AS REQUIRED BY FRCP 77(d)

JUN 20 2006
EASTERN DIVISION

Initials of Deputy Clerk __jh__