UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

Case No.   CV 04-09059 SGL(RNBx)                                    Date:  February 12, 2007
Title:     MATTEL, INC. -v- CARTER BRYANT, DOES 1-10, INCLUSIVE
           **Consolidated Action**
           CV 05-02727 SGL(RNBx)   MGA ENTERTAINMENT v. MATTEL, INC.,
===================================================================

PRESIDING: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                  Theresa Lanza
Courtroom Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Quinn and Michael Zeller for        Diana M. Torres for MGA
Mattel                                      Keith A. Jacoby for Carter Bryant

PROCEEDINGS:   SCHEDULING CONFERENCE PURSUANT TO FRCP 16(b)

The Court convened a scheduling conference pursuant to FRCP 16(b). Court and counsel discussed case management and thereafter the court set the following schedule: <u>See</u> attachment "Schedule of Trial and Pretrial Dates."

Counsel stipulated pursuant to Local Rule 16-14, to settlement procedure #3, to a retired judicial officer or other private or non-profit dispute resolution body for mediation type settlement proceedings. The Court approves the request and refers this case to an outside Mediator to act as the Settlement Officer. Counsel are directed to contact such outside Mediator to schedule a settlement conference as soon as the parties believe such a conference would be fruitful. The cut-off to complete the mandatory settlement procedures under Local Rule 16-14, is December 3, 2007, in Case No. CV 04-09059-SGL (RNBx) <u>Mattel, Inc. v. Carter Bryant</u>, and the cut-off to complete the mandatory settlement procedures under Local rule 16-14, is April 21, 2008, in Case No. CV 05-02727 SGL (RNBx) <u>MGA Entertainment v. Mattel, Inc.</u>

The Court further ordered that in both Case No. CV 04-09049-SGL (RNBx), <u>Mattel, Inc. v. Carter Bryant</u>, and Case No. CV 05-02727 SGL (RNBx), <u>MGA Entertainment v. Mattel, Inc.</u>:

1.   Non-Expert Depositions are limited to a total of 24 for each side for both cases.
2.   Expert Depositions are limited to a total of 20 for each side for both cases.
3.   Interrogatories are limited to 50 for each side for both cases.

IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk: jh
CIVIL -- GEN                       Page 1      FEB 2 2 2007       00/30



# SCHEDULE OF TRIAL AND PRETRIAL DATES

CASE NAME:     MGA ENTERTAINMENT, INC. V. MATTEL, INC., et al.,

CASE NO:     CV 05-2727-SGL (RNBx)

| Matter | Time | Court Order |
|---|---|---|
| Jury Trial Date | 9:30 am | 07/01/08 |
| Estimated Length of Trial | | |
| [Hearing on Motions in Limine;<br>Hearing on Disputed Jury Instructions | 10:00 am | 06/23/08 |
| Final Pretrial Conference, LR 16-7<br>Motions in Limine to be filed | 11:00 am | 06/02/08 |
| Lodge Pretrial Conference Order, LR 16-6 to 16-6.2;<br>File Contentions of Fact and Law, LR16-2.8;<br>Exhibit & Witness Lists, LR 16-4 to 16-5;<br>File Status Report regarding Settlement;<br>File Rule 26(e)(1) Supplementation<br>File Agreed Upon Set of Jury Instructions and Verdict Forms LR 49-1 to 49-2, 51-1 to 51-5.1;<br>File Joint Statement regarding Disputed Instructions, Verdicts, etc. | | 05/19/08 |
| Last date to conduct Settlement Conference | | 04/21/08 |
| Last date for hearing motions, LR 7.2, et seq. | 10:00 am | 04/07/08 |
| Discovery cut-off | | 03/03/08 |
| Last date to Amend Pleadings or Add Parties | | Closed |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

LR 16-14.4 Settlement Selection:
to be discussed

☐ 1. CT/USMJ      ☑ 3. Outside ADR

☐ 2. Attorney Settlement Panel      ☐

DOE Dismissal:      Complaint Filed: 04/13/05      SET DATE

Dismissal Date:      to be discussed